EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>   v.                         )<br>                              )<br>MYLINH THI WEBB,              )<br>                              )<br>            Defendant.        )<br>_____) | CR. NO. CR05-00044 SOM<br><br>INDICTMENT<br>21 U.S.C. §§ 841(a)(1), 841<br>(b)(1)(B)&(C), 860 |

## I N D I C T M E N T

The Grand Jury charges that:

### Count 1

On or about September 4, 2003, in the District of Hawaii, defendant MYLINH THI WEBB did knowingly and intentionally distribute approximately 0.74 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within 1000 feet of the real property

comprising a public or private elementary, vocational or secondary school or a public or private college, junior college or university, or a playground or housing facility owned by a public housing authority, to wit: Royal Elementary School.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 860.

### Count 2

On or about September 5, 2003, in the District of Hawaii, defendant MYLINH THI WEBB did knowingly and intentionally distribute approximately 0.41 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within 1000 feet of the real property comprising a public or private elementary, vocational or secondary school or a public or private college, junior college or university, or a playground or housing facility owned by a public housing authority, to wit: Royal Elementary School.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 860.

### Count 3

On or about September 6, 2003, in the District of Hawaii, defendant MYLINH THI WEBB did knowingly and intentionally distribute 5 grams or more, to wit: approximately 6.7 grams, of

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within 1000 feet of the real property comprising a public or private elementary, vocational or secondary school or a public or private college, junior college or university, or a playground or housing facility owned by a public housing authority, to wit: Royal Elementary School.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B) and 860.

## Count 4

On or about September 11, 2003, in the District of Hawaii, defendant MYLINH THI WEBB did knowingly and intentionally distribute approximately 3.2 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within 1000 feet of the real property comprising a public or private elementary, vocational or secondary school or a public or private college, junior college or university, or a playground or housing facility owned by a public housing authority, to wit: Royal Elementary School.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 860.

Count 5

On or about September 18, 2003, in the District of Hawaii, defendant MYLINH THI WEBB did knowingly and intentionally distribute approximately 3.4 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within 1000 feet of the real property comprising a public or private elementary, vocational or secondary school or a public or private college, junior college or university, or a playground or housing facility owned by a public housing authority, to wit: Royal Elementary School.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 860.

Count 6

On or about September 26, 2003, in the District of Hawaii, defendant MYLINH THI WEBB did knowingly and intentionally distribute 5 grams or more, to wit: approximately 14.7 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within 1000 feet of the real property comprising a public or private elementary, vocational or secondary school or a public or private college, junior college or university, or a playground or housing facility owned by a public housing authority, to wit: Royal Elementary School.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B) and 860.

Count 7

On or about September 30, 2003, in the District of Hawaii, defendant MYLINH THI WEBB did knowingly and intentionally distribute 5 grams or more, to wit: approximately 20.5 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within 1000 feet of the real property comprising a public or private elementary, vocational or secondary school or a public or private college, junior college or university, or a playground or housing facility owned by a public housing authority, to wit: Royal Elementary School.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B) and 860.

Count 8

On or about November 20, 2003, in the District of Hawaii, defendant MYLINH THI WEBB, did knowingly and intentionally possess, with intent to distribute, 5 grams or more, to wit: approximately 12.7 grams, of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within 1000 feet of the real property comprising a public or private elementary, vocational or

secondary school or a public or private college, junior college or university, or a playground or housing facility owned by a public housing authority, to wit: Royal Elementary School.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B) and 860.

Dated: January 26, 2005, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
MARK A. INCIONG
Assistant U.S. Attorney

United States v. Mylinh Thi Webb
Indictment
CR. No.